# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

BARBARA McKINNEY

                **Plaintiff**

-against-

NXP SEMICONDUCTORS USA, INC.
                **Defendant**

-------------------------------------------------------

06 Civ 7199 (WGY)
Order

**WILLIAM G. YOUNG, United States District Judge.**

    After careful consideration, the recommendation of the Magistrate Judge is adopted. Accordingly, the defendant's motion for summary judgment is allowed. Judgment shall enter for the defendant.

Dated:
September 22, 2009

*William G. Young* (signature)
William G. Young
United States District Judge